IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAVARES ANTONIO LANDRUM,
    Petitioner,

vs.                                            Case No.:  3:13cv432/RV/EMT

SECRETARY DEPARTMENT OF CORRECTIONS,
    Respondent.
_____/

# O R D E R

       This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 18, 2014 (doc. 26).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of all timely filed objections.

       Having considered the Report and Recommendation, and the timely filed objections thereto (doc.27), I have determined that the Report and Recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

       2.    The amended petition for writ of habeas corpus (doc. 10) is **DENIED**.

       3.    A certificate of appealability is **DENIED**.

       **DONE AND ORDERED** this 2nd day of September, 2014.

                                            /s/ _Roger Vinson_
                                            **ROGER VINSON**
                                            **SENIOR UNITED STATES DISTRICT JUDGE**